

RECEIVED

DEC 12 2011
11:54 Am
CITY OF LAKEWOOD
Recd~Alice Bush

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF PIERCE

| | |
|---|---|
| NOEL A. SALDANA AND JESSICA SALDANA, | ) NO. 11-2-15723-2 |
| Plaintiffs, | ) |
| vs, | ) SUMMONS |
| THE CITY OF LAKEWOOD, a municipal corporation; and JAMES SYLER, in his official and individual capacity and JANE DOE SYLER and their marital community, | ) |
| Defendants. | ) |

TO DEFENDANTS: A lawsuit has been started against you in the above entitled court by Noel Saldana and Jessica Saldana.  Plaintiff's claims are stated in the written complaint, a copy of which is served upon you with this summons.

In order to defend against this lawsuit, you must respond to the complaint by stating your defense in writing, and by serving a copy upon the person signing this summons within 20 days after the service of this summons, excluding the day of service, or a default judgment may be entered against you without notice.  A default judgment is one where plaintiff is entitled to what

SUMMONS- 1



THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-0154

he asks for because you have not responded.  If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the court.  If you do so, the demand must be in writing and must be served upon the person signing this summons.  Within 14 days after you serve the demand, the plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this _16th_ day of November, 2011.

LAW OFFICES OF ERIK L. BAUER

By _____
Erik L. Bauer, WSBA No. 14937
Attorney for Plaintiff

THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-0154

B

1
2
3
4
5
6
7           IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                     IN AND FOR THE COUNTY OF PIERCE
8
9   NOEL A. SALDANA AND JESSICA          )
    SALDANA, husband and wife and their   )   NO. 11-2-15723-2
10  marital community,                    )
                                          )
11                        Plaintiffs,      )   COMPLAINT FOR DAMAGES
                                          )
12  vs,                                    )
                                          )
13                                         )
    THE CITY OF LAKEWOOD, a municipal     )
14  corporation; and JAMES SYLER, in his   )
    official and individual capacity and JANE )
15  DOE SYLER and their marital community,  )
                                          )
16                        Defendants.      )
                                          )
17  ─────────────────────────────────────)

18       Plaintiffs, for their cause of action against the Defendants, complain and allege as

19  follows:

20                          I.       PARTIES

21
22  1.1.   At all times material herein, plaintiffs Noel A. Saldana and Jessica Saldana have

23         been residents of Pierce County in the State of Washington.

24  1.2.   The defendant, City of Lakewood, is a municipal corporation that provides police

25         protection and services to its citizens and residents through the Lakewood Police

COMPLAINT FOR DAMAGES  - 1

COPY

THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-0154

Department.  Defendant City of Lakewood was the employer of defendant James Syler at the time of the incident alleged herein.

1.3.   The defendant, James Syler, and Jane Doe Syler, whose true name is unknown to the Plaintiffs, were husband and wife and composed a marital community under the laws of the State of Washington.  That all acts hereinafter alleged of Defendant James Syler were done on his own behalf and on behalf of the marital community.

## II.   JURISDICTION AND VENUE

2.1.   All acts and omissions alleged in this complaint occurred in Pierce County, Washington and the court has jurisdiction of this action and the persons of the parties hereto under R.C.W. 4.12.020.  Venue is properly established in this judicial district pursuant to R.C.W. 4.12.020 and R.C.W. 4.96.020.

2.2.   Plaintiffs filed a claim for damages regarding the torts alleged in this action.  The claims were presented to the City of Lakewood Department of General Services on January 10, 2011.

## III.   FACTS

3.1.   On or about June 27, 2010, City of Lakewood Police Officers, including K-9 dog handler James Syler, responded to a telephone call from plaintiff Jessica Saldana.  Mrs. Saldana had requested her husband, plaintiff Mr. Noel Saldana to leave the premises.

3.2.   Jessica Saldana was married to Noel Saldana at the time of the incident.

COMPLAINT FOR DAMAGES  - 2

THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-0154

3.3. When Mrs. Saldana told Mr. Saldana that she was contacting the police, Mr. Saldana left the premises. Mr. Saldana stopped at his mother's apartment across the hall and then began walking towards his sister's house.

3.4. Mr. Saldana was walking on a gravel sidewalk when K-9 police dog Astor approached him under the direct supervision of defendant James Syler, an officer of the Lakewood Police Department. Defendant Syler ordered Mr. Saldana to turn around and drop down to the ground. Mr. Saldana complied, and was attacked by K-9 police dog Astor.

3.5. K-9 Astor ripped into the back of Mr. Saldana's left leg. Mr. Saldana could hear his flesh and muscle tearing. The dog thrashed his head back and forth and kept biting and rending Mr. Saldana's leg until the dog was pulled off.

3.6. Defendant Syler pulled Mr. Saldana up to standing position, kicking his legs open. Mr. Saldana's leg was bleeding profusely. Defendant Syler had Mr. Saldana hold and twist his own pants in an attempt to control the bleeding.

3.7. An ambulance took Mr. Saldana to the hospital. Mr. Saldana was rushed into the operating room with multiple bite wounds to the left lower leg. His injuries included a significant wound measuring more than 12 centimeters by 7 centimeters in dimension covering the entire calf region, several bites measuring 4 to 5 centimeters each, puncture wounds, and lacerations. One wound was deep enough to expose several centimeters of leg bone. These injuries required surgical debridement, staples and a skin graft, painful and costly procedures. Skin was taken from Mr. Saldana's right leg and was grafted onto his left leg. Mr. Saldana has lost a significant amount of range of motion in his knee, walks with a noticeable limp, and has significant scarring on both of his legs.

THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-0154

3.8.  No criminal charges were filed against Mr. Saldana or Defendant Syler in this matter.

### CLAIMS AND CAUSES OF ACTION

IV.  **VIOLATION OF PLAINTIFF'S CIVIL RIGHTS UNDER 42 U.S.C. §1983**

4.1.  Plaintiffs reallege paragraphs 1.1 through 3.8 above.

4.2.  During the locating of plaintiff Noel Saldana and under the direct supervision of defendant James Syler, an officer of the Lakewood Police Department, K-9 police dog Astor located Mr. Saldana and used unnecessary and excessive force by biting and ripping into Mr. Saldana's leg, shredding his leg.

4.3.  During the locating of Mr. Saldana, defendant James Syler, an officer of the Lakewood Police Department, was present and observing the K-9 police dog Astor tear apart Mr. Saldana's leg and had the ability and responsibility to stop it, but did not take reasonable, timely, and effective steps to do so.

4.4.  In this manner, the force used by defendant to subdue and seize Mr. Saldana was excessive under the facts and circumstances as they were known to the officer. The conduct of defendant Syler was unreasonable and violated Mr. Saldana's rights under the Fourth Amendment to the United States Constitution and under 42 U.S.C. §1983.

4.5.  As a result of the acts of the Defendant, plaintiffs have suffered, and continue to suffer, injury to body and mind, pain, emotional distress, disfigurement, disability, and are entitled to relief under 42 U.S.C. §1983.

### V.   NEGLIGENCE

5.1.  Plaintiffs reallege paragraphs 1.1 through 4.5 above.

COMPLAINT FOR DAMAGES  - 4

THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-0154

5.2.   At all times relevant herein, the City of Lakewood by and through the Lakewood Police Department was the employer of Officer Syler and the officer was acting within the scope of employment.  Defendant City of Lakewood is liable for the negligence of defendant Syler and his police dog Astor under the theory of respondeat superior.

5.3.   Defendants knew or should have known police dog Astor's propensity for danger, and failed to train, handle, and utilize the dog in a reasonable manner.  Defendants owed plaintiff Noel Saldana a duty of care not to cause unreasonable and egregious bodily harm and a duty to follow the law of the State of Washington.

5.4.   Defendants breached this duty when Defendant Syler failed to exercise control over police dog Astor during the detention and arrest of Mr. Saldana, allowing the dog to attack Mr. Saldana.

5.5.   As a direct and proximate result of this negligence, Plaintiffs suffered damages and will continue to incur substantial damages in an amount to be established at trial.

## VI.   NEGLIGENCE USE OF EXCESSIVE FORCE

6.1.   Plaintiffs reallege paragraphs 1.1 through 5.5 above.

6.2.   At all times relevant herein, the City of Lakewood by and through the Lakewood Police Department was the employer of Officer Syler and the officer was acting within the scope of employment.  Defendant City of Lakewood is liable for the negligent use of excessive force by defendant Syler and his police dog Astor under the theory of respondeat superior.

THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-0154

6.3.   Defendant Syler had a duty to refrain from using force excessively and unreasonably and a duty to follow the law of the State of Washington.

6.4.   Defendant Syler breached this duty when he negligently used excessive force to arrest plaintiff Noel Saldana.

6.5.   As a direct and proximate result of this negligence, Plaintiffs suffered damages and will continue to incur substantial damages in an amount to be established at trial.

## VII.   INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS/OUTRAGE

7.1.   Plaintiffs reallege paragraphs 1.1 through 6.5 above.

7.2.   At all times relevant herein, the City of Lakewood was the employer of Defendant Syler and the officer was acting within the scope of employment.  Defendant the City of Lakewood is liable for the outrageous conduct of defendant Syler under the theory of respondeat superior.

7.3.   The defendant Syler's outrageous conduct caused plaintiff Noel Saldana to suffer emotional distress.

7.4.   As a direct and proximate result of this outrageous conduct, Plaintiffs suffered damages, and will continue to incur substantial damages, in an amount to be established at trial.

## VIII.   NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

8.1.   Plaintiffs reallege paragraphs 1.1 through 7.4 above.

8.2.   At all times relevant herein, the City of Lakewood was the employer of Defendant Syler and the officer was acting within the scope of employment.  Defendant the

COMPLAINT FOR DAMAGES  - 6

THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-0154

City of Lakewood is liable for the negligent infliction of emotional distress by defendant Syler under the theory of respondeat superior.

8.3.     The defendant Syler's negligence and excessive force caused plaintiff Noel Saldana to suffer emotional distress.

8.4.     As a direct and proximate result of this negligence, Plaintiffs suffered damages, and will continue to incur substantial damages, in an amount to be established at trial.

## IX.   STRICT LIABILITY

9.1.     Plaintiffs reallege paragraphs 1.1 through 8.4 above.

9.2.     Defendants are strictly liable for the injuries inflicted by the dog pursuant to RCW 16.08.040.

9.3.     As a direct and proximate result of the injuries caused by its K-9 Astor, Plaintiffs suffered damages, and will continue to incur damages, in an amount to be established at trial.

## X.   ASSAULT AND BATTERY

10.1.     Plaintiffs reallege paragraphs 1.1 through 9.3 above.

10.2.     On or about June 27, 2010, defendant James Syler, while acting as an agent of the defendant City of Lakewood, within the scope of his employment, intentionally assaulted and battered plaintiff Noel Saldana in an attempt to detain him.

10.3.     The assault and battery upon Mr. Saldana was done with unnecessary, unreasonable, and excessive force.

COMPLAINT FOR DAMAGES  - 7

THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-0164

10.4.   As a result of the acts of the defendant Syler, Plaintiffs suffered, and continue to suffer, injury to body and mind, pain, emotional distress, disfigurement, and disability.

## XI.   DAMAGES

11.1.   As a direct and proximate result of the said acts and failures to act of the defendant Syler and the acts and failures to act of the City of Lakewood through the Lakewood Police Department, described in the previous paragraphs, the plaintiff Noel Saldana suffered severe and permanent injuries and damages, and will continue to suffer in the future, damages including but not limited to:

a.   Physical pain and suffering including permanent disfigurement requiring the expenditure of money for treatment;

b.   Psychological and emotional injuries past and future requiring the expenditure of money for treatment;

c.   Fear, emotional distress, humiliation, psychological distress, loss of enjoyment of life, and embarrassment past and future;

d.   Economic and non-economic damages, including loss of income, past and future, in an amount to be established at trial.

e.   Violation of constitutional rights under the Fourth and Fourteenth Amendments to the Unites States Constitution;

11.2.   As a direct and proximate result of the said acts and failures to act of the defendant Syler and the acts and failures to act of the City of Lakewood through the Lakewood Police Department, described in the previous paragraphs, the plaintiff Jessica Saldana suffered and will continue to suffer in the future, the loss

COMPLAINT FOR DAMAGES   - 8

THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-015 d

of the care, service, companionship, society and consortium of her husband, Noel Saldana, the exact amount of which will be established at the time of trial.

11.3.   The actions of the defendants were done under color of law violated the following clearly established and well-settled federal constitutional rights of the plaintiff Noel Saldana, as described above.

## XII.   Prayer for Relief

For the reasons stated above, plaintiffs pray for the following relief:

a.   For judgment against each of the defendants, jointly and severally, for monetary special damages in an amount to be determined at trial;

b.   For judgment against each of the defendants, jointly and severally, for general compensatory damages in an amount to be determined at trial;

c.   For judgment against each of the defendants, jointly and severally, for loss of consortium claims, in amount to be determined at trial;

d.   For judgment for punitive damages pursuant to 42 U.S.C. §1983;

e.   For attorney fees and costs authorized by statute, including reasonable attorney's fees pursuant to 42 U.S.C. §1988; and

f.   For such other relief as the court deems just.

DATED this __16th__ day of November, 2011.

LAW OFFICES OF ERIK L. BAUER

By_____

Erik L. Bauer, WSBA No. 14937
Attorney for Plaintiffs

COMPLAINT FOR DAMAGES  - 9

THE LAW OFFICE OF
ERIK L. BAUER
215 Tacoma Avenue South
Tacoma, Washington 98402
(253) 383-2000
FAX (253) 383-016

C

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

## CASE COVER SHEET / CIVIL CASES

Case Title Saldana v. City of Lakewood, James Syler

Atty/Litigant Erik L. Bauer

Address 215 Tacoma Ave S

City Tacoma

Case Number 11-2-15723-2

Bar # 14937   Phone (253) 383-2000

State WA   Zip 98402

Please check one category that best describes this case for indexing purposes.
*If you cannot determine the appropriate category, please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR 3.*

**APPEAL / REVIEW**
- ____ Administrative Law Review (ALR 2) *REV 6*
- ____ Civil, Non-Traffic (LCA 2) *REV 6*
- ____ Civil, Traffic (LCI 2) *REV 6*
- ____ Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
- ____ Breach of Contract (COM 2) *STANDARD*
- ____ Commercial Non-Contract (COM 2) *STANDARD*
- ____ Commercial-Contract (COM 2) *STANDARD*
- ____ Third Party Collection (COL 2) *REV 4*

**JUDGMENT**
- ____ Judgment, Another County (ABJ 2) *Non PCLR*
- ____ Abstract Only (ABJ 2) *Non PCLR*
- ____ Transcript of Judgment (TRJ 2) *Non PCLR*
- ____ Foreign Judgment Civil (FJU 2) *Non PCLR*
- ____ Judgment, Another State (FJU 2) *Non PCLR*

**TORT / MOTOR VEHICLE**
- ____ Death (TMV 2) *STANDARD*
- ____ Non-Death Injuries (TMV 2) *STANDARD*
- ____ Property Damage Only (TMV 2) *STANDARD*

**TORT / NON MOTOR VEHICLE**
- ____ Other Malpractice (MAL 2) *COMPLEX*
- ✓ Personal Injury (PIN 2) *STANDARD*
- ____ Property Damage (PRP 2) *STANDARD*
- ____ Wrongful Death (WDE 2) *STANDARD*
- ____ Other Tort (TTO 2) *COMPLEX*
- ____ Products Liability (TTO 2) *COMPLEX*
- ____ Asbestos (TTO 2) *COMPLEX*

**PROPERTY RIGHTS**
- ____ Condemnation (CON 2) *STANDARD*
- ____ Foreclosure (FOR 2) *REV 4*
- ____ Property Fairness (PFA 2) *STANDARD*
- ____ Quiet Title (QTI 2) *STANDARD*
- ____ Unlawful Detainer / Eviction (UND 2) *REV 4*
- ____ Unlawful Detainer / Contested (UND 2) *REV 4*

**OTHER COMPLAINT OR PETITION**
- ____ Compel/Confirm Bind Arbitration (MSC2) *REV 4*
- ____ Deposit of Surplus Funds (MSC 2) *REV 4*
- ____ Interpleader (MSC 2) *REV 4*
- ____ Subpoenas (MSC 2) *REV 4*
- ____ Victims' Employment Leave (MSC 2) *REV 4*
- ____ Wireless Number Disclosure (MSC 2) *REV 4*
- ____ Injunction (INJ 2) *REV 4*
- ____ Malicious Harassment (MHA 2) *Non PCLR*
- ____ Minor Settlement/No Guardianship(MST2) *REV 4*
- ____ Pet for Civil Commit/Sex Predator (PCC2) *REV 4*
- ____ Property Damage Gangs (PRG 2) *REV 4*
- ____ Seizure of Property/Comm. of Crime(SPC2) *REV 4*
- ____ Seizure of Proprty Reslt from Crime(SPR2) *REV 4*

**TORT / MEDICAL MALPRACTICE**
- ____ Hospital (MED 2) *COMPLEX*
- ____ Medical Doctor (MED 2) *COMPLEX*
- ____ Other Health Care Professional (MED2)*COMPLEX*

**WRIT**
- ____ Habeas Corpus (WHC 2) *REV 4*
- ____ Mandamus (WRM 2) *REV 4*
- ____ Review (WRV 2) *REV 4*
- ____ Miscellaneous Writ (WMW 2) *REV 4*

**MISCELLANEOUS** _____

Revised 09/01/2011 Fillable



D

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

November 16 2011 10:46 AM

KEVIN STOCK
COUNTY CLERK

**IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY**

No. 11-2-15723-2

ORDER SETTING CASE SCHEDULE

| | |
|---|---|
| Type of case: | PIN |
| Estimated Trial (days): | |
| Track Assignment: | Standard |
| Assignment Department: | 18 |
| Docket Code: | ORSCS |

| | |
|---|---|
| Confirmation of Service | 12/14/2011 |
| Confirmation of Joinder of Parties, Claims and Defenses | 3/14/2012 |
| Jury Demand | 3/21/2012 |
| Status Conference (Contact Court for Specific Date) | Week of 4/11/2012 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 5/9/2012 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 6/6/2012 |
| Disclosure of Rebuttal Witnesses | 7/25/2012 |
| Deadline for Filing Motion to Adjust Trial Date | 8/22/2012 |
| Discovery Cutoff | 9/26/2012 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 10/10/2012 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution (PCLR 16 (c)(3)) | 10/17/2012 |
| Deadline for Hearing Dispositive Pretrial Motions | 10/17/2012 |
| Joint Statement of Evidence | 10/17/2012 |
| Pretrial Conference (Contact Court for Specific Date) | Week of 10/31/2012 |
| Trial | 11/14/2012 9:00 |

## Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.

### NOTICE TO PLAINTIFF/PETITIONER

If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 3.

### NOTICE TO ALL PARTIES

All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration.

Dated: November 16, 2011

*Beverly M. Grant*

Judge BEVERLY G. GRANT
Department 18

E

12/15/2011 15919 558141

FILED
IN COUNTY CLERK'S OFFICE

A.M. DEC 14 2011 PM

PIERCE COUNTY, WASHINGTON
KEVIN STOCK. County Clerk
BY_____ DEPUTY

11-2-15723-2   37685582   AFSR   12-15-11

3
4
5
6
7

**SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON**

8   NOEL A SALDANA AND JESSICA SALDANA
Plaintiff/Petitioner

Cause #   11-2-15723-2

9

10   vs
THE CITY OF LAKEWOOD, A MUNICIPAL
11   CORPORATION, ET AL
Defendant/Respondent

Declaration of Service of

SUMMONS AND COMPLAINT FOR DAMAGES, ORDER
SETTING CASE SCHEDULE, CASE COVER SHEET / CIVIL
CASES

12

Hearing Date

13
14

15   Declaration.
The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United
16   States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff
corporation, not a party to nor interested in the above entitled action, and is competent to be a witness
17   therein.
On the date and time of Dec 10 2011  6.16PM at the address of 17107 115TH ST E  BONNEY LAKE,
18   within the County of PIERCE, State of WASHINGTON, the declarant duly served the above described
documents upon JAMES SYLER   by then and there personally delivering 1 true and correct copy(ies)
19   thereof, by then presenting to and leaving the same with JAMES SYLER A blonde-haired white male approx
40-45 years of age, 6'0"-6'4" tall and weighing 180-220 lbs   Vehicles IMT 51716D (Lakewood PD), 779YCV..
20   No information was provided that indicates that the subjects served are members of the U S. military

21
I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true
22   and correct
Dated. December 12, 2011 at Tacoma, WA
23
24
by _____
25              R Simpson     23422

Service Fee Total  $ 72 80

26
27
28



ABC Legal Services, Inc.
206 521-9000
Tracking #. 6915720

**ORIGINAL
PROOF OF SERVICE**

Page 1 of 1

11-2-15723-2
Bauer, Enk
215 Tacoma Avenue South
Tacoma, WA  98402
253 383-2000

F

12/26/2011 15:47 78836

11-2-15723-2  37704409  AFSR  12-19-11

FILED
IN COUNTY CLERK'S OFFICE

A.M    DEC 16 2011    P.M

PIERCE COUNTY WASHINGTON
KEVIN STOCK, County Clerk

BY_____ DEPUTY

4
5
6
7

## SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

8   NOEL A SALDANA AND JESSICA SALDANA
         Plaintiff/Petitioner

9                                          Cause #    11-2-15723-2

10  vs
    THE CITY OF LAKEWOOD, A MUNICIPAL       Declaration of Service of
11  CORPORATION, ET AL
                    Defendant/Respondent   SUMMONS AND COMPLAINT FOR DAMAGES, ORDER
                                           SETTING CASE SCHEDULE, CASE COVER SHEET / CIVIL
                                           CASES

12                                         Hearing Date

13
14
15  Declaration

The undersigned hereby declares  That s(he) is now and at all times herein mentioned, a citizen of the United
16  States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff
corporation, not a party to nor interested in the above entitled action, and is competent to be a witness
17  therein

On the date and time of Dec 12 2011 11 56AM at the address of 6000 MAIN ST 3RD FLOOR
18  LAKEWOOD, within the County of PIERCE, State of WASHINGTON, the declarant duly served the
above described documents upon THE CITY OF LAKEWOOD, A MUNICIPAL CORPORATION  by
19  then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving
the same with Alice Bush, City Clerk a gray-haired Asian female approx 55-65 years of age, 5'-5'4" tall and
20  weighing 120-160 lbs

No information was provided that indicates that the subjects served are members of the U S military
21

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true
22  and correct

Dated: December 13, 2011 at Tacoma, WA
23
24
25  by _____
              S Hickey    PCR #14340            Service Fee Total $ 72 80
26
27
28



ABC Legal Services, Inc
206 521-9000
Tracking #: 6915719

**ORIGINAL
PROOF OF SERVICE**
Page 1 of 1

11-2-15723-2
Bauer, Enk
215 Tacoma Avenue South
Tacoma, WA  98402
253 383-2000

G

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

December 15 2011 11:13 AM

KEVIN STOCK
COUNTY CLERK

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
## IN AND FOR PIERCE COUNTY

NOEL SALDANA VS. CITY OF LAKEWOOD

11-2-15723-2

The case(s) listed above were previously assigned to Department 18 Judge BEVERLY G. GRANT.  Judge EDMUND MURPHY has assumed this case.  Unless otherwise notified, your trial date and case schedule, if set, remain unchanged.

If the case is resolved, call Department 18 at (253) 798-6650 or e-mail to: supcrtdept18@co.pierce.wa.us

If you are an attorney and have withdrawn from the case(s) listed below, contact the Clerk's office.

Dated:  December 15, 2011

Mailed to:
ERIK L. BAUER

Bryan Chushcoff
Presiding Judge

rast-0003.pdf



1

HONORABLE EDMUND MURPHY

2

3

4

5

6

7        IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
                     IN AND FOR THE COUNTY OF PIERCE

8
        NOEL SALDANA AND JESSICA
9       SALDANA, husband and wife and their        No. 11-2-15723-2
        marital community,
10                                                  DEFENDANTS' NOTICE OF
                                    Plaintiff,      APPEARANCE
11
                v.
12
        CITY OF LAKEWOOD, a municipal
13      corporation, JAMES SYLER, in his official
        and individual capacity and JANE DOE
14      SYLER and their marital community, ,

15                                  Defendants,

16

17      TO:         NOEL SALDANA AND JESSICA SALDANA, Plaintiffs

18      AND TO:     Erik L. Bauer, Attorneys for Plaintiff

19      AND TO:     THE CLERK OF THE ABOVE-ENTITLED COURT

20
                YOU, AND EACH OF YOU, WILL PLEASE BE ADVISED AND TAKE
21
        NOTICE that the undersigned appears as attorney of record for CITY OF LAKEWOOD,
22
        JAMES SYLER AND JANE DOE SYLER, Defendants without waiving any defects as to
23
        lack of jurisdiction over subject matter, lack of jurisdiction over person, improper venue,
24
        insufficiency of process, insufficiency of service of process, misjoinder or non-joinder, and
25
        hereby requests that any and all further pleadings or notices of any nature or kind
26

27

DEFENDANTS' NOTICE OF APPEARANCE - 1
K:\SAE\Lakewood adv. Saldana WCIA 11179\Pleadings\p-122811-
NOA.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE: (206) 623-8861
FAX: (206) 223-9423

1  whatsoever affecting the rights of said parties, except original process, be served upon the

2  undersigned attorneys at the address stated below.

3      DATED this 28th day of December, 2011.

4

5                                      KEATING, BUCKLIN & McCORMACK, INC., P.S.

6

7                                      *s/ Stewart A. Estes*
                                       Stewart A. Estes, WSBA #15535
8                                      Keating, Bucklin & McCormack, Inc., P.S.
                                       800 Fifth Avenue, Ste. 4141
9                                      Seattle, WA 98104
                                       206-623-8861
10                                     206-223-9423 Fax
                                       sestes@kbmlayers.com
11                                     Attorney for Defendants City of Lakewood, James
                                       Syler and Jane Doe Syler
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

DEFENDANTS' NOTICE OF APPEARANCE - 2
K:\SAE\Lakewood adv. Saldana WCIA 11179\Pleadings\p-122811-
NOA doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE  (206) 623-8861
FAX  (206) 223-9423

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury of the laws of the State of Washington that I am of legal age and not a party to this action; that on the 28th day of December, 2011, I electronically filed *Defendants' Notice of Appearance* with the Clerk of the Court using the E-Filing system, and I served the above document via the method indicated below to the parties addressed below for service no later than December 28th, 2011.

*Attorneys for Plaintiff – sent via legal messenger*
Erik L. Bauer
The Law Offices of Erik L. Bauer
215 Tacoma Avenue South
Tacoma, WA 98402

s/ Esther Espino
Esther Espino, Legal Assistant

DEFENDANTS' NOTICE OF APPEARANCE - 3
K:\SAE\Lakewood adv. Saldana WCIA 11179\Pleadings\p-122811-NOA.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE. (206) 623-8861
FAX. (206) 223-9423



**Filing Submitted**

**What's Next?**
Your document has been submitted to the court and will be filed pending review.

Thank you. Your documents have been submitted to the Pierce County Clerks Office.

Case: 11-2-15723-2
NOEL SALDANA VS. CITY OF LAKEWOOD

The date and time of this filing was 12/28/2011 4:14 PM
The following are your confirmation numbers for the documents submitted;

37753712 - Notice of Appearance

Confirmation of this filing was sent via e-mail to sestes@kbmlawyers.com

| Serve Other Parties | Submit Working Copies | Begin Another E-Filing | View Case 11-2-15723-2 |

Copyright © 1996-2011 Pierce County Washington. All rights reserved.