1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8  | NOEL A. SALDANA AND JESSICA
   | SALDANA, husband and wife and their            No.
9  | marital community,

                                                   **CERTIFICATE OF SERVICE**

10 |                         Plaintiffs,

11 |        v.

12 | CITY OF LAKEWOOD, a municipal
   | corporation, and JAMES SYLER, in his
   | official capacity and individual capacity and
13 | JANE DOE SYLER, and their marital
   | community,

14 |                         Defendants.

15     The undersigned declares under penalty of perjury that I caused to be served copies

16  of the *Notice of Removal*, *Civil Case Cover Sheet*, and this *Certificate of Service* on

17  December 28th, 2011 to the following parties:

18  Erik L. Bauer
    The Law Office of Erik L. Bauer
19  215 Tacoma Avenue South
    Tacoma, WA 98404
20  *Attorneys for Plaintiffs*

21          [  ]     electronically;
            [  ]     faxed;
22          [  ]     mailed via U. S. Mail, postage pre-paid; and/or
            [X]     sent via ABC Legal Messengers, Inc.
23

24  CERTIFICATE OF SERVICE - 1
    Cause No.
    K:\SAE\Lakewood adv. Saldana WCIA 11179\Pleadings\Removal\p-
    122811-Certificate of Service.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE  SUITE 4141
SEATTLE WASHINGTON 98104-3175
PHONE  (206) 623-8861
FAX  (206) 223-9423

RESPECTFULLY SUBMITTED this 28th day of December, 2011.

KEATING, BUCKLIN & McCORMACK

Esther Espino, Legal Assistant
Keating, Bucklin & McCormack, Inc., P.S.
800 Fifth Avenue, Ste. 4141
Seattle, WA 98104
206-623-8861
206-223-9423 Fax
eespino@kbmlawyers.com

CERTIFICATE OF SERVICE - 2
Cause No.
K:\SAE\Lakewood adv. Saldana WCIA 11179\Pleadings\Removal\p-
122811-Certificate of Service.doc

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
800 FIFTH AVENUE, SUITE 4141
SEATTLE, WASHINGTON 98104-3175
PHONE (206) 623-8861
FAX (206) 223-9423